UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 2:22-cr-17-TPB-MRM
     8 U.S.C. § 1326(a)

JOSE MIGUEL LARIOS-PEREZ

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about February 2, 2022, in the Middle District of Florida, the defendant,

JOSE MIGUEL LARIOS-PEREZ,

being an alien of the United States, and was thereafter deported, excluded, and removed from the United States on or about January 18, 2018 and November 8, 2018, and who had not received the consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, was found to be voluntarily in the United States.

In violation of 8 U.S.C. § 1326(a).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Mark R. Morgan
Assistant United States Attorney

By: _____
Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

FORM OBD-34
February 22

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JOSE MIGUEL LARIOS-PEREZ

INDICTMENT

Violations: 8 U.S.C. § 1326(a)

A true bill,

███████████████████████████
Foreperson

Filed in open court this <u>23rd</u> day

of February, 2022.

_____
Clerk

Bail $_____

GPO 863 525